UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

RALPH L. DOUROS

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

SANTANDER BANK, N.A.
SCOTT POWELL, SANTANDER, N.A. CEO
DOVENMUEHLE MORTGAGE, INC.
TARA KOZAK, OFFICE MANAGER,
SANTANDER READING OFFICE
KEVIN MAYERS, SANTANDER AUTH-
ORIZED SIGNER

**COMPLAINT**

Jury Trial:  ☒ Yes   ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.  Parties in this complaint:**

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | Name | RALPH L. DOUROS |
| | Street Address | 39 PARK RD. |
| | County, City | BERKS CO., BOTERTOWN |
| | State & Zip Code | PA. 19512 |
| | Telephone Number | 484-574-3180 |

*Rev. 10/2009*

- 1 -

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name __SANTANDER BANK, N.A.__
Street Address __450 PENN ST.__
County, City __BERKS COUNTY, READING__
State & Zip Code __PENNSYLVANIA, 19602__

Defendant No. 2
Name __SCOTT POWELL, SANTANDER, N.A., CEO FORMER(Retired Dec. 2019)__
Street Address __75 STATE ST.__
County, City __SUFFOLK, BOSTON__
State & Zip Code __MASSACHUSETTS, 02109__

Defendant No. 3
Name __DOVENMUEHLE MORTGAGE INC.__
Street Address __1 CORPORATE DR.__
County, City __LAKE, LAKE ZURICH__
State & Zip Code __ILLINOIS, 60047-8945__

Defendant No. 4
Name __TARA KOZAK, OFFICE MANAGER, SANTANDER C.O.__
Street Address __450 PENN ST.__
County, City __BERKS, READING__
State & Zip Code __PENNSYLVANIA, 19602__

**II.   Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    ☒ Federal Questions        ☐ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? __VIOLATION OF AMENDMENT V, PERSON RIGHT TO DUE PROCESS; AND AMENDMENT VII, PRESERVE RIGHT TO TRIAL BY JURY; AND AMENDMENT XIV, RIGHT TO DUE PROCESS AND EQUAL PROTECTION OF THE LAWS(SECTION 1).__

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 5

Name **KEVIN MAYERS, AUTHORIZED SANTANDER SIGNER**
Street Address **450 PENN ST.**
County, City **BERKS, READING**
State & Zip Code **PENNSYLVANIA, 19602**

Defendant No. 6

Name **JUDICIARY, COMMONWEALTH OF PA., SUPREME CRT**
Street Address **601 COMMONWEALTH AVE, #4500**
County, City **DAUPHIN, HARRISBURG**
State & Zip Code **PENNSYLVANIA, 17106-2575**

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __N/A__

Defendant(s) state(s) of citizenship __N/A__

### III. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur? __IN BERKS COMMON PLEAS CRT., IN PENNSYLVANIA SUPERIOR CRT. AND IN PENNSYLVANIA SUPREME CRT.__

B.  What date and approximate time did the events giving rise to your claim(s) occur? __FROM NOVEMBER 1, 2018, THE DATE OF FILING OF THE THEN PLAINTIFFS AND NOW DEFENDANTS COMPLAINT IN MORTGAGE FORECLOSURE IN BERKS COMMON PLEAS UNTIL THE DATE OF THIS FEDERAL COMPLAINT AS SIGNED ON PAGE 6 HERETO.__

C.  Facts: __ON THE AFORESAID DATE DEFENDANTS DID IMPROPERLY AND ILLEGALLY FILE WITH THE COURT AN ABSOLUTELY BOGUS COMPLAINT WHICH THEY WERE NOT ABLE TO PROVE IN ANY COURT OF THE PENN-VANIA COMMONWEALTH. THE DEFENDANTS APPEARED TO ACCEPT THE FOLLY OF THEIR WAYS AND EVENTUALLY FILED A PRAECIPE TO WITHDRAW THEIR COMPLAINT . NOT EVEN ONE OF THE COURTS OF THE COMMON-WEALTH WOULD ACKNOWLEDGE THIS UNCONSCIONABLE, VILE AND LOWEST POSSIBLE EXAMPLE OF ABUSE OF PROCESS. WHY ON THIS__ EARTH WOULD ANY LENDER FORECLOSE ON A __MORTGAGE__ CONTRACT WHICH WAS PAID UP TO DATE WITH NO ENFORCEABLE ARREARAGES? THE ABOVE CAPTIONED PLAINTIFF UNEQUIVICALLY PROVED OVER AND OVER IN ALL PA. COURTS THAT HE WAS CORRECT AND THAT HIS COUNTERCLAIM WAS RIGHT AND JUST. FURTHER, ABOVE CAPTIONED DEFENDANTS WERE PERMITTED TO FLAGRANTLY DISREGARD TIME ALLOWED BY SUPREME COURT RULE TO FILE MOTION TO QUASH IN PA. SUPERIOR COURT, TWENTY-SEVEN DAYS PAST THE DUE DATE OF MAY 20 , 2019. YET, WHEN ABOVE CAPTIONED PLAINTIFF'S PETITION TO THE PA. SUPREME COURT WAS RETURNED DUE TO UNTIMELYNESS SAID PLAINTIFF WAS FORCED TO THEN FILE A NUNC PRO TUNC PETITI-ON WHICH WAS OF COURSE ALMOST IMMEDIATELY DENIED BY SAID COURT.

[Sidebar annotations: "What happened to you?", "Who did what?", "Was anyone else involved?", "Who else saw what happened?"]

Rev. 10/2009                    - 3 -

INTENTIONLY LEFT BLANK

## IV.  Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.  INJURIES ARE OBVIOUS MENTAL AND EMOTIONAL. PLAINTIFF CAN NOT SLEEP WITHOUT KNOWN HIGH DOSE SLEEPING MEDICATION. FURTHER, PLAINTIFF IS QUITE SURE THAT VASCULAR DISEASE WAS PRECIPITATED BY DEFENDANT'S INGLORIOUS, VICIOUS AND UNRELENTING ATTACKS.  IN CONJUNCTION WITH FACTS STATED IN PAGE NUMBER 3 ABOVE, THE APEARANCE OF DUE PROCESS DOES NOT EVEN FOR A FLEETING MILISECOND DOES NOT EVEN REMOTELY CONSIST OF OR HAVE ANY RESEMBLANCE TO SAID PROCESS. THE LOWER COURT HAVING STATED THAT PLAINTFF TWICE FAILED TO APPEAR IS FALSE AND PERHAPS THE FIGMENT OF IMAGINATION. TWO ORDERS WERE ISSUED TO DISCUSS "CASE STATUS" AFTER NOTICE OF APPEAL TO SUPERIOR WAS FILED. NEVER WAS THEIR AN ORDER TO ARGUE PRELIMINARY OBJECTIONS.

## V.  Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.
PLAINTIFF IS ABLE TO ONLY STATE THAT MONETARY COMPENSATION CAN SURELY BE THE MAXIMUM ALLOWED UNDER STATUTE.  IN ADDITION, THOSE RESPONSIBLE FOR THE COMMISION OF FELONIOUS ACTS AGAINST PLAINTIFF MUST BE HELD ACCOUNTABLE AND SERVE THEIR REQUIRED PENANCE. FURTHER, PLAINTIFF BELIEVES THAT A SMALL YET ACCEPTABLE COMPENSATION WOULD BE THE ISSUANCE OF A PAID-UP IN FULL MORTGAGE CONTRACT.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 25TH day of JUNE, 2020.

Signature of Plaintiff _Ralph L Douros_
Mailing Address  39 PARK RD.
BOYERTOWN, PA. 19512

Telephone Number  484-574-3180
Fax Number *(if you have one)* _____
E-mail Address  rdouros42@gmail.co
(internet not yet available at this loc.)

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____
Inmate Number _____

## CERTIFICATE OF COMPLIANCE

I Certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

_June 25, 2020_
Date

BY: _Ralph L Douros_
Ralph L. Douros
Counsel pro se

\* As well as Federal RULES

# **VERIFICATION**

I, Ralph L. Douros, hereby verify that the contents set forth in the foregoing Complaint to the U.S. District Court for Eastern Pennsylvania are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. 4904, and Federal Statutes relating to unsworn falsifications to authorities.

Date: June 25, 2020        By: *Ralph L. Douros*

## Certificate of Service

I, Ralph L. Douros, hereby certify that true and correct copy of the foregoing Plaintiff's Complaint to the United States District Court, Eastern District of Pennsylvania was contemporaneously sent to the below listed address in the manner indicated on April 29, 2020 :

By USPS Form 3817, Certificate of Mailing :

Mr. Timothy Jones, Esq.
1617 JFK Boulevard, Suite 1400
Phila., Pa.   19103

Ms. Abigail Brunner, Esq.
1617 JFK Boulevard, Suite 1400
Phila., Pa ,   19103

Ms. Lauren R. Tabas, Esq
1617 JFK Boulevard, Suite 1400
Phila., Pa.   19103

Mr. Scott Powell, former CEO
C/O Santander Bank, N.A.
75 State St.
Boston, Mass.   02109

Ms. Tara Kozak, Office Mgr.
C/O Santander Bank, N.A.
450 Penn St.
Reading, Pa.   19602

Santander Bank, N.A.
450 Penn St.
Reading, Pa.   19106   Attn.: Legal

Dovenmuehle Mortgage Inc.
1 Corporate Dr.
Lake Zurich, Ill.   60047-8945

Kevin Mayers, Authorized Santander signer
C/O Santander Bank, N.A.
450 Penn St.
Reading, Pa.   19602

Judiciary, Commonwealth of Pa.
C/O Supreme Court of Pa.
601 Commonwealth Ave.
Harrisburg, Pa.   17106-2575

Date: June 25, 2020                    Signed: _Ralph L. Douros_

Ralph L. Douros, Counsel pro se
39 Park Rd.
Boyertown, Pa.   19512
484-574-3180

100% Recycled fiber
80% Post-Consumer

Visit **ups.com®** or call **1-800-PICK-UPS®** (1-800-742-5877) to schedule a pickup or find a drop off location near you.

**Domestic Shipments**
- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**
- The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.
- To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

Note: Express Envelopes are not recommended for shipments of electronics containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

**Window Envelope**
Use this envelope with shipping documents printed from a laser or inkjet printer on plain paper.

RALPH DOUROS
(484) 574-3180
THE UPS STORE #4880
88 GLOCKER WAY
POTTSTOWN  PA 19465-9699

1.1 LBS LTR 1 OF 1
SHP WT: 2 LBS
DATE: 27 JUN 2020

SHIP TO:
JAMES BYRNE COURTHOUSE
US DISTRICT COURT OF EASTERN PA
LBBY
601 MARKET ST
PHILADELPHIA PA 19106-1737

PA 191 9-40

UPS NEXT DAY AIR

TRACKING #: 1Z 0R6 9W8 01 5166 8870  1

BILLING: P/P

ISH 13.00H ZZP 450 28.5V 04/2020



SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.  RRD RF2 0320

This envelope is for use with the following se...

Serving you for