**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| RALPH L. DOUROS, Plaintiff, | : :  : |
| v. | :    Civil No. 5:20-cv-03254-JMG |
| SANTANDER BANK, N.A., *et al.,* Defendants. | : : : |

---

**ORDER**

**AND NOW**, this 7th day of January, 2021, upon consideration of Defendant's Motion to Dismiss (ECF No. 3), Plaintiff's Reply to Defendant's Motion (ECF No. 4), and any responses thereto, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss is **GRANTED** and Plaintiff's Complaint is **DISMISSED** as to the Pennsylvania Supreme Court, with prejudice.

BY THE COURT:

*/s/ John M. Gallagher*

JOHN M. GALLAGHER
United States District Court Judge